**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
DAMON C. NAGO,                                               :
                                                             :
                    Plaintiff,                               :    19-CV-11483 (GBD) (OTW)
                                                             :
              -against-                                      :    ORDER
                                                             :
BLOOMBERG L.P.,                                              :
                                                             :
                    Defendant.                               :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

A conference was held in this matter on March 4, 2020. Pursuant to the directions given during the conference, Plaintiff is directed to filed his amended complaint by **April 10, 2020**.

The parties are further directed to file a joint status letter by **April 24, 2020.**

**SO ORDERED.**

Dated: March 6, 2020　　　　　　　　　　　　　_s/ Ona T. Wang_
　　　　New York, New York　　　　　　　　　**Ona T. Wang**
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge