UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
DAMON C. NAGO, :
:
                        Plaintiff, :
:
:
– v – :
: Case No. 1:19-CV-11483
: (GBD) (OTW)
:
BLOOMBERG L.P., :
:
:
:
:
                        Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF DEFENDANT'S MOTION TO DISMISS CERTAIN CLAIMS IN THE AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF <u>CIVIL PROCEDURE 12(b)(6)</u>

**PLEASE TAKE NOTICE** that, upon defendant Bloomberg L.P.'s Notice of Motion to Dismiss Certain Claims in the Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), Memorandum of Law in Support of Defendant's Motion to Dismiss Certain Claims in the Amended Complaint, the Declaration of David W. Garland, Esq. and the exhibits attached thereto, and all the pleadings and proceedings had herein, Defendant will move this Court, before the Honorable Ona T. Wang at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, Courtroom 20D, on a date to be determined by the Court, for an Order, pursuant to Rule 12 of the Federal Rules of Civil Procedure, dismissing certain claims in the Amended Complaint.

**WHEREFORE**, Defendant respectfully requests that the Court grant its Motion to Dismiss certain claims and any other relief the Court deems to be just and proper.

Dated:  May 21, 2020
       New York, New York

Firm:50605310

2

                                EPSTEIN BECKER & GREEN, P.C.

By:   */s/ David W. Garland*
      David W. Garland
      875 Third Avenue
      New York, New York 10022
      Tel: (212) 351-4500

*Attorneys for Defendant*

Firm:50605310