UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
DAMON C. NAGO,

                Plaintiff,

              -against-

BLOOMBERG L.P.,

              Defendant.

------------------------------------------------------------x

19-CV-11483 (GBD) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

By **September 4, 2020**, Parties are directed to file a stipulation of dismissal of the claims listed in their joint status letter filed at ECF 37. As this case has been referred to the Court-annexed Mediation Program, discovery is hereby stayed pending mediation, however, discovery in aid of mediation is permitted as directed by the mediator.

**SO ORDERED.**

Dated: August 21, 2020
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge