**MEMO ENDORSED**



Attorneys at Law

David Garland
t  212.351.4708
f  212.878.8600
dgarland@ebglaw.com

SO ORDERED:

The October 6, 2020 conference is adjourned sine die. Parties are to submit a joint status letter within 7 days of the conclusion of the mediation.

_____
**Ona T. Wang**          9/29/20
Unitied States Magistrate Judge

September 25, 2020

**VIA ECF**

Honorable Ona T. Wang
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Nago v. Bloomberg L.P.*, Case No. 19-CV-11483 (GBD) (OTW)

Dear Judge Wang:

This firm represents defendant Bloomberg L.P. ("Bloomberg") in the above-captioned matter. The parties submit this joint letter motion to confirm the Court's adjournment of the October 1, 2020 deadline for the parties' joint letter regarding the status of discovery and the October 6, 2020 status conference. (*See* ECF No. 34).

These dates had been set during the August 4, 2020 status conference (*see id.*), but on August 20, Your Honor referred the case to the Court's Mediation Program (ECF No. 38) and stayed discovery pending mediation (ECF No. 39) (the mediation is scheduled for October 21). Given Your Honor's Orders, the parties seek the Court's confirmation that the October 1 and 6 dates are deemed adjourned.

Thank you for Your Honor's courtesies in this matter.

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

By:   */s/ David W. Garland*_____
       David W. Garland

cc:  Damon Nago, *pro se* (via ECF)