USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: OCT 23 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DAMON C. NAGO,

                                             Plaintiff,

                              <u>ORDER</u>

          -against-

                              19 Civ. 11483 (GBD)

BLOOMBERG L.P.,

                                       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

       This Court having been advised that the parties have resolved this matter, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

       The Clerk of the Court is directed to close the motion at ECF No. 21.

Dated: New York, New York
       October 23, 2020

                                                    SO ORDERED.

                                                    *George B. Daniels*
                                                    GEORGE B. DANIELS
                                                    United States District Judge